IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

BOB EUGENE WEST, JR.,

    Petitioner,

v.

MARK NOOTH,

    Respondent.

Case No. 3:11-cv-00753-BR

ORDER

BROWN, Judge.

    IT IS ORDERED that Petitioner's Motion to Voluntarily Dismiss Habeas Corpus Petition [15] is GRANTED. The Petition for Writ of Habeas Corpus is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this 5th day of October, 2011.

_____
ANNA J. BROWN
United States District Judge

1 - ORDER -